IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Drew A. Wenrich, | : |
| Plaintiff, | :   Case No. 1:20-cv-518 |
| v. | :   Judge Susan J. Dlott |
| Clarke W. Franz, | :   **Order Striking Motion for Summary Judgment and Requiring Refiling to Comply with Court's Standing Order** |
| Defendant. | : |

    Pending before the Court is Defendant Clarke Franz's Motion for Summary Judgment (Doc. 18) filed on December 1, 2021.  Defendant failed to attach Proposed Undisputed Facts to his Motion.  Pursuant to this Court's Standing Order on Civil Procedures, "[c]ounsel must attach to the initial brief in support of a motion for summary judgment a document entitled 'Proposed Undisputed Facts' that sets forth in separately numbered paragraphs a concise statement of each material fact as to which the moving party contends there is no genuine issue to be tried."  Standing Order on Civil Procedures I(E)(2)(a).

    Accordingly, the Court **STRIKES** Defendant's Motion for Summary Judgment (Doc. 18) and **ORDERS** Defendant to refile a motion for summary judgment complying with the Court's Standing Order on Civil Procedures by attaching to said motion a statement of Proposed Undisputed Facts.  Defendant's filings shall be due within 10 days of this Order.

    **IT IS SO ORDERED**.

 

_____
Judge Susan J. Dlott
United States District Court